**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermarl James MCCOY, a.k.a. Jemarl McCoy, Defendant–Appellant.**

**No. 06–12595**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 25, 2007.

James A. Hernandez, James A. Hernandez, Esquire, Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Jermarl James McCoy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and McCoy's conviction and sentence are **AFFIRMED.**